IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ABEBE & COMPANY, LLC,

   Plaintiff

v.

RONNELL WRIGHT and KRYSTAL FOWLKES-WRIGHT,

   Defendants

CIVIL ACTION FILE NO.
1:18-CV-5500-ODE-CCB

ORDER

This civil case is before the Court on the Final Report and Recommendation of United States Magistrate Judge Christopher C. Bly filed December 7, 2018 [Doc. 3] ("R&R").[1] No objections have been filed.

In the R&R, Judge Bly recommends that this case be remanded to the Magistrate Court of DeKalb County. Remand is warranted because this Court lacks jurisdiction.

The Court having read and considered the R&R and noting the absence of any objections thereto, it is hereby ADOPTED as the opinion and order of the Court. Accordingly, this case is REMANDED to the Magistrate Court of DeKalb County, Georgia.

SO ORDERED, this 11 day of January, 2019.

ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE

---

[1] This case was removed to this Court by Defendant Krystal Fowlkes-Wright only. Defendant Ronnell Wright is not mentioned in the application to proceed in forma pauperis or the petition for removal. Ronnell Wright is listed on the Dispossessory Affidavit filed in state court.